JS - 6

**FILED: 11/9/12**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALORICA, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO. EDCV 12-1151 GHK (DTBx) |
| vs. | ) |
| | ) |
| THERESA BADGETT, et al | ) **ORDER OF DISMISSAL** |
| | ) |
| Defendants. | ) |

    The Court having been advised by counsel for the parties that the above-entitled action has been settled,

    **IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown within **FORTY-FIVE (45) DAYS**, to reopen the action if settlement is not consummated.

Dated: 11/9/12

_____
GEORGE H. KING
Chief United States District Judge